IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BARRINGTON DAWES,

    Petitioner

v.   :   3:14-CV-00392

ERIC HOLDER, et al.   :   (Judge Nealon)

    Respondents

FILED
SCRANTON
NOV 21 2014
PER _____ DEPUTY CLERK

## ORDER

**AND NOW, THIS 21ˢᵗ DAY OF NOVEMBER, 2014**, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** as premature.

2. The Clerk of Court is direct to **CLOSE** this case.

_____
**United States District Judge**